# Tom Green County
## District Clerk
### *Sheri Woodfin*



FILED
*May 5, 2015*
Third Court of Appeals
Jeffrey D. Kyle
Clerk

112 W Beauregard                                                         325-659-6579
San Angelo TX 76903                                                Fax -  325-659-3241


May 5, 2015


Re:  Request for Appellate Record

Style: Elias Shawn Bihl V. The State of Texas

    Trial Court Case Number: C-13-0631-SA
    Court of Appeals Number: 03-14-00525-CR


Method of Delivery: Postal Mail
Date Sent: May 5, 2015

Mr. Bihl,

      Enclosed you will find, for your review, your requested copy of the appellate record and reporter's record. We have forwarded a copy of this letter to the Court of Appeals as well.

Sincerely,


Rebecca Douglas
Deputy District Clerk

CC: Mr. Elias Shawn Bihl
    TDCJ # 01938565
    McConnell Unit
    3001 South Emily Dr.
    Beeville, TX 78102

    Third Court of Appeals at Austin, Texas
    P.O. Box 12547
    Austin, Texas 78777
    (Sent via Email)